IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MARK A. WHITWORTH                                                              PETITIONER

v.                       NO. 2:25-cv-00087-JM

USA                                                                            RESPONDENT

ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus filed by petitioner Mark A. Whitworth shall not be served at this time. Instead, it is construed as one pursuant to 28 U.S.C. 2255 and is transferred to the Western District of Missouri. The Clerk of the Court shall close this case.

IT IS SO ORDERED this 4th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE